UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 96-10473
Summary Calendar

In the Matter of: TIMOTHY L. CLARK; MENTHA K. CLARK,

Debtors.

--------------------

TIMOTHY L. CLARK; MENTHA K. CLARK,

Appellants,

VERSUS

GEORGE F. MCELREATH,

Appellee.

Appeal from the United States District Court
For the Northern District of Texas
(3:96-CV-929-R)

December 31, 1996

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The order appealed from in this case is not a final judgment

     [*]Pursuant to Local Rule 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

and there is no certificate from the trial judge which satisfies the requirements of 28 U.S.C. § 1292(b).  The brief of appellants is conclusory in nature and fails to specify the errors for which review is sought.  Accordingly, this appeal is dismissed for lack of appellate jurisdiction.